WAEGE v. KOEHLER.

(Opinion filed May 31, 1905.)

Appeal from circuit court, Codington county; Hon. JULIAN BENNETT, Judge.

Action by Otto Waege against John Koehler. Judgment for defendant. From an order granting a new trial, defendant appeals. Affirmed.

*Wilbur S. Glass*, for appellant.

*John B. Hanten*, for respondent.

FULLER, J. The record so clearly shows that by a mistake of law the trial court directed a verdict in favor of the defendant, regardless of evidence amply sufficient to sustain the cause of action alleged in the complaint, that the order granting a new trial, from which this appeal was taken, must be affirmed; and it is so ordered.